UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WESLEY DICK #208490 | * | CIVIL ACTION |
| VERSUS | * | NO. 05-1467 |
| BURL CAIN, WARDEN | * | SECTION: N/6 |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Wesley Dick for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 17th day of January, 2008.

UNITED STATES DISTRICT JUDGE